**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ANGELA MURRAY, as personal representative of the estate of Rubyn Murray, <br><br> Plaintiff, <br><br> v. <br><br> D'MARCUS SANDERS, CORNELIUS SIMPSON, OFC. GREER, OFC. MCCULLOUGH, and OFC. MINOR, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 2:25-cv-00476-MHT-SMD

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendants Marquise McCullough, Dustin A. Grier and Michael Minor, in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☑ This party is a governmental entity, or

☑ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party

Respectfully submitted,

Steve Marshall
  *Attorney General*

*/s/ J. Matt Bledsoe*
J. Matt Bledsoe (asb-9462-a61b)
  *Assistant Attorney General*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300 (T)
(334) 353-8400 (F)
Matt.Bledsoe@AlabamaAG.gov

***Counsel for Defendants Marquise McCullough,
Dustin A. Grier and Michael Minor***

## CERTIFICATE OF SERVICE

I hereby certify that I have on September 19, 2025, electronically filed the foregoing with

the Clerk of the Court using the CM/ECF which will send notification to all counsel of record.

/s/ J. Matt Bledsoe
OF COUNSEL

2